Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in this dissenting opinion in C. D. 1480, *supra*.

**No. 58423.**—F. W. Woolworth Company v. United States, protests 979201–G, etc. (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items of the merchandise marked "A" consist of figures or articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 as manufactures of papier mâché, not specially provided for, was sustained. The items marked "B," stipulated to consist of articles, composed wholly or in chief value of wood, the same (except the component material of chief value) as the merchandise involved in said Asbtract 56975, were held dutiable at 33⅓ percent under paragraph 412 as manufactures, composed wholly or in chief value of wood, not specially provided for.

**No. 58424.**—S. S. Kresge Co. et al. v. United States, protests 68771–K, etc. (Baltimore).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the items of the merchandise marked "A" consist of figures or articles, composed wholly or in chief value of papier mâché, the same in all material respects as those the subject of Abstract 56975, the claim at 25 percent under paragraph 1403 as manufactures of papier mâché, not specially provided for, was sustained. The items marked "B," stipulated to consist of articles, composed wholly or in chief value of wood, the same (except the component material of chief value) as the merchandise involved in said Abstract 56975, were held dutiable at 33⅓ percent under paragraph 412 as manufactures, composed wholly or in chief value of wood, not specially provided for.

**No. 58425.**—A. N. Khouri & Bros. v. United States, protests 197945–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.